United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DANIELS, | No. C-13-02468 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GREGORY J. AHERN, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for September 4, 2013 at 1:30 p.m. has been CONTINUED to **October 16, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than October 9, 2013**.**

IT IS SO ORDERED.

Dated:  August 30, 2013

_____
DONNA M. RYU
United States Magistrate Judge