**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9    RUSSELL DANIELS,                         No. C-13-02468 DMR

10              Plaintiff(s),               **ORDER CONTINUING CASE
                                            MANAGEMENT CONFERENCE**
11         v.

12   GREGORY J. AHERN,

13              Defendant(s).
     _____/

14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for September 4, 2013 at 1:30 p.m.

17   has been CONTINUED to **October 16, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District

18   Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no

19   later than October 9, 2013**.**

20        IT IS SO ORDERED.

21

22   Dated:  August 30, 2013

23                                            _____
                                             DONNA M. RYU
24                                           United States Magistrate Judge

25

26

27

28