UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DANIELS,<br><br>    Plaintiff(s),<br><br>v.<br><br>GREGORY J. AHERN,<br><br>    Defendant(s)._____ / | No. C-13-02468 DMR<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

The court is in receipt of Plaintiff Russell Daniels' response to its October 16, 2013 Order to Show Cause. [Docket Nos. 10, 11.] The order to show cause is discharged. Plaintiff shall file an amended complaint or request for dismissal of this action **by no later than Friday, November 8, 2013.**

IT IS SO ORDERED.

Dated: November 4, 2013



DONNA M. RYU
United States Magistrate Judge