United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11  RUSSELL DANIELS,                             No. C-13-02468 DMR
12           Plaintiff(s),                       **ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT**
13      v.
14  GREGORY J. AHERN,
15           Defendant(s).
16  _____/
17       The court is in receipt of Plaintiff Russell Daniels' response to its October 16, 2013 Order to
18  Show Cause. [Docket Nos. 10, 11.]  The order to show cause is discharged.  Plaintiff shall file an
19  amended complaint or request for dismissal of this action **by no later than Friday, November 8,**
20  **2013.**
21
22       IT IS SO ORDERED.
23
24  Dated: November 4, 2013

                                             _____
                                             DONNA M. RYU
                                             United States Magistrate Judge